# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Roy Cecil Rhodes, Jr. | ) **AMENDED JUDGMENT**<br>)<br>)<br>) Case No:  4:09-CR-64-3F<br>)<br>) USM No:  51757-056 |

| | |
|---|---|
| Date of Original Judgment:  April 27, 2010<br>Date of Previous Amended Judgment:  N/A<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Laura S. Wasco<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  169                          months **is reduced to**  146 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated _____
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  3/18/14

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

James C. Fox, Senior United States District Judge
*Printed name and title*

EDNC 7/26/2012