UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:09-CR-64-F(3)

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER ON MOTION TO SEAL |
| v. | |
| ROY CECIL RHODES, JR. | |

On motion of the Defendant, Roy Cecil Rhodes, Jr., and for good cause shown, is it hereby ORDERED that [DE 242] be sealed until further notice by this Court.

SO ORDERED this 7th day of July, 2015.

THE HONORABLE JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE