# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Roy Cecil Rhodes, Jr. ) | Case No: 4:09-CR-64-3FL |
| ) | USM No: 51757-056 |
| Date of Original Judgment: April 27, 2010 ) | |
| Date of Previous Amended Judgment: March 18, 2014 ) | Sherri R. Alspaugh |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  146  months **is reduced to**  123 months in Counts 1 and 3, .

*(Complete Parts I and II of Page 2 when motion is granted)*

concurrent. The term of supervised release in Count 1 is reduced to 4 years and Count 3 is reduced to 3 years, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated  April 27, 2010, and March 18, 2014,  shall remain in effect. **IT IS SO ORDERED.**

Order Date: April 4, 2019

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan   U.S. District Judge
*Printed name and title*